IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN FIORE, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01282 (JR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, MARILYN FIORE and PHILIP JOHN FIORE, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046