REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Product Liability | | | |
|---|---|---|---|---|
| CASE NO:<br>08-CV-1282 | DATE REFERRED:<br>7/29/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Full Case Management | JUDGE:<br>James Robertson | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>MARILYN FIORE, ET AL | | DEFENDANT(S):<br>ELI LILLY AND COMPANY | | |
| ENTRIES: | | | | |