THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN FIORE and** <br> **PHILIP JOHN FIORE** <br><br> Plaintiffs, <br><br> vs. <br><br> **ELI LILLY AND COMPANY** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION 1:08-cv-01282 (RJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

    Respectfully submitted,

    SHOOK, HARDY & BACON, L.L.P.

    /s/ Michelle R. Mangrum
    Michelle R. Mangrum, D.C. Bar No. 473634
    600 14TH Street, N.W., Suite 800
    Washington, D.C. 20005-2004
    (202) 783-8400 Telephone
    (202) 783-4211 Facsimile

    **ATTORNEY FOR DEFENDANT**
    **ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

                                              /s/ Michelle R. Mangrum
                                              **ATTORNEY FOR DEFENDANT**
                                              **ELI LILLY AND COMPANY**

150146v1