## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN FIORE and** | ) |
| **PHILIP JOHN FIORE** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION 1:08-cv-01282 (RJ)** |
| | ) |
| **ELI LILLY AND COMPANY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as

counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.


/s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C.  20005-2004
(202) 783-8400  Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

150147v1