CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARILYN FIORE, et al.   )
                        )
                        )
                        )
             Plaintiff  )
     v.                 )   Civil Case Number 08-1282 (RCL)
                        )
                        )
                        )
ELI LILLY AND COMPANY   )   Category B
                        )
             Defendant  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 21, 2008 from Judge James Robertson to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case transferred by consent.)

                          JUDGE ELLEN S. HUVELLE
                          Chair, Calendar and Case
                          Management Committee

cc:    Judge Robertson & Courtroom Deputy
        Chief Judge Lamberth & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk